# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael Leon Brock<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:21-mj-00527<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 7/14/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) and (b) (Felony) | - Assaulting, Resisting, or Impeding Certain Officers, |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(F) | - Act of Physical Violence in the Capitol Grounds or Buildings, |
| 18 U.S.C. § 231(a)(3) | - Obstruction of Law Enforcement During Civil Disorder. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Brian D. Otters, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/14/2021

*Judge's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*