UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:21-MJ-00527-RMM |
| | § | |
| MICHAEL LEON BROCK | § | |

**APPEARANCE OF COUNSEL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant's Counsel and files this appearance as counsel on behalf of Defendant. This counsel is admitted to the U.S. District Court for the District of Columbia and is a member in good standing of the State Bar of Texas.

WHEREFORE, premises considered, Defense Counsel very respectfully requests that This Honorable Court accept this Appearance As Counsel.

Very respectfully,

*/S/ Guy L. Womack*

Guy L. Womack
Counsel for Defendant
Texas Bar No. 00788928
609 Heights Blvd.
Houston, Texas   77007
Tel:  (713) 224-8815
Fax:  (713) 224-8812
Guy.Womack@USA.net

CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing was served upon the Government Counsel by CM/ECF on this 30th day of July, 2021.

                                                */S/ Guy L. Womack*
                                                Guy L. Womack