UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 21-cr-00500-CJN |
| v. | : | |
| MICHAEL LEON BROCK, | : | |
| Defendant. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Benjamin Kringer, an attorney with the Department of Justice detailed to the U.S. Attorney's Office for the District of Columbia, is entering his appearance in the above-captioned matter in substitution for Assistant United States Attorney Frances Elizabeth Blake.

Respectfully submitted,

Channing D. Phillips
Acting U.S. Attorney
D.C. Bar No. 415793

By:   /s/ *Benjamin Kringer*
Benjamin E. Kringer
Detailed to the U.S. Attorney's Office
for the District of Columbia
D.C. Bar No. 482852
555 Fourth Street, N.W.
Washington, DC  20530
benjamin.kringer2@usdoj.gov
(202) 598-0687