# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 25, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-0500 (CJN)** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| **MICHAEL LEON BROCK,** | : | **18 U.S.C. §§ 111(a) and (b)** |
| | : | **(Inflicting Bodily Injury on Certain** |
| **Defendant.** | : | **Officers)** |
| | : | **18 U.S.C. § 231(a)(3)** |
| | : | **(Obstruction of Law Enforcement During** |
| | : | **Civil Disorder)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in a Capitol Building** |
| | : | **or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(F)** |
| | : | **(Act of Physical Violence in the Capitol** |
| | : | **Grounds or Buildings)** |
| | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, at or around 4:22 p.m., within the District of Columbia, **MICHAEL LEON BROCK**, using a deadly or dangerous weapon, that is, a rod-like object, did forcibly assault, resist, oppose, impede, intimidate, interfere and inflict bodily injury on, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), while such officer or employee was engaged in or on account of the performance of official duties, that is, J.H., an officer from the Metropolitan Police

Department, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> **(Inflicting Bodily Injury on Certain Officers**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT TWO

On or about January 6, 2021, at or around 4:22 p.m., within the District of Columbia, **MICHAEL LEON BROCK**, using a deadly or dangerous weapon, that is, a rod-like object, did forcibly assault, resist, oppose, impede, intimidate, interfere and inflict bodily injury on, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), while such officer or employee was engaged in or on account of the performance of official duties, that is, P.D., an officer from the Metropolitan Police Department, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> **(Inflicting Bodily Injury on Certain Officers**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **MICHAEL LEON BROCK** committed and attempted to commit an act to obstruct, impede, and interfere with law enforcement officers, that is, Officer J.H. and Officer P.D., officers from the from the Metropolitan Police Department, lawfully engaged in the lawful performance of their official duties, incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

> **(Obstruction of Law Enforcement During Civil Disorder**, in violation of Title 18, United States Code, Sections 231(a)(3))

2

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **MICHAEL LEON BROCK**, willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

> **(Disorderly Conduct in a Capitol Building or Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **MICHAEL LEON BROCK**, willfully and knowingly engaged in an act of physical violence in the Grounds or any of the Capitol Buildings.

> **(Act of Physical Violence in the Capitol Grounds or Buildings,** in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

Channing D Phillips /se

Attorney of the United States in
and for the District of Columbia.

3