AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cr-00500-CJN-1 |
| MICHAEL L. BROCK | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT MICHAEL BROCK .

Date: 01/30/2022

/s/ John M. Pierce
*Attorney's signature*

John M. Pierce
*Printed name and bar number*

John Pierce Law
2550 Oxnard Street, 3rd Floor, PMB# 172
Woodlands, Hills, CA 91367

*Address*

jpierce@johnpiercelaw.com
*E-mail address*

(213) 279-7648
*Telephone number*

*FAX number*