UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00500-CJN |
| ) | |
| MICHAEL BROCK, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Michael L. Brock, by and through the undersigned retained counsel, and pursuant to Local Rule 44.5 of the Criminal Rules of Procedure for the Federal District Court of the District of Columbia, hereby respectfully requests this Court Order the substitution of Guy Womack, Guy L. Womack and Associates P.C. with the undersigned retained counsel.

The undersigned submits that the substitution of counsel will not unnecessarily delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

Date: January 31, 2022                    Respectfully Submitted,

*John M. Pierce*
_____
John M. Pierce (*PHV Admitted*)
21550 Oxnard Street
3d Floor, PBM#172
Woodland Hills, CA 91367
Tel: (213) 279-7648
Email: jpierce@johnpiercelaw.com

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, January 31, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                                                /s/ John M. Pierce
                                                                 John M. Pierce