<div align="center">

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

</div>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.: 21-cr-500 (CJN)** |
| **MICHAEL LEON BROCK,** | : | |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

<div align="center">

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

</div>

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Detailee, Attorney Maria Y. Fedor, who may be contacted by telephone at 202-353-7366 or email at Maria.Fedor2@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney Benjamin Kringer.

<div style="margin-left: 45%;">

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, Detailed to the
United States Attorney's Office
for the District of Columbia
DC Bar No. 985823
555 Fourth Street, N.W.
Washington, DC 20530
Maria.Fedor2@usdoj.gov
(202) 353-7366

</div>

## CERTIFICATE OF SERVICE

On this 27th day of July 2022, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.

/s/ *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, Detailed to the
United States Attorney's Office
for the District of Columbia
DC Bar No. 985823
555 Fourth Street, N.W.
Washington, DC 20530
Maria.Fedor2@usdoj.gov
(202) 353-7366