UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>**v.** )<br>)<br>**MICHAEL L. BROCK** )<br>)<br>      **Defendant** )<br>) | Case No. 21-cr-00500 |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL
IN LIEU OF PROPOSED SCHEDULING ORDER FOR TRIAL**

 

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

Defendant, Michael L. Brock, by and through his counsel of record, William L. Shipley, Jr., files this Unopposed Motion to Continue Trial in this matter, currently set to begin June 5, 2023.

Prior to the Status Conference when the trial date was selected, Defense Counsel Shipley had recently been appointed in the District of Hawaii to replace a retiring attorney in the case of United States v. Miske, et. al., 19-cr-00099, which is set to begin trial on April 16, 2023.  Mr. Shipley's client in that case been detained in custody since his arrest in July 2020.

Having only entered that case weeks prior to the status conference here, Defense Counsel Shipley mistakenly believed the trial estimate in the Mieske case was 4-6 weeks, and the trial would be over in late May.  Only later did co-counsel in the Mieske case inform Mr. Shipley that the trial estimate is actually 8-10 weeks for just the Government's case, and that the trial may last as long as 4 months total.

Defense Counsel Shipley has discussed this issue with Assistant United States Attorney Maria Fedor, and she indicated that the Government has no opposition to resetting the trial for Defendant Brock due to Attorney Shipley's inadvertent scheduling error.  Both parties are agreeable to excluding time under the Speedy Trial Act to and through the rescheduled trial date due to the unavailability of defense counsel for Defendant Brock, and to maintain continuity of counsel on his behalf.

Defense Counsel Shipley is already set for trial in the matter of United States v. Ronald McAbee, 21-cr-0035 (EGS) starting on September 25, 2023.

As a result, the parties request that this matter be set for trial on October 16, 2023.

If the Court grants this motion, the parties will file a Proposed Scheduling Order with the necessary dates as previously instructed by the Court on or before September 29, 2022.

Dated: September 15, 2022								Respectfully submitted,

<u>/s/ William L. Shipley</u>
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*