# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-500 (CJN) |
| **MICHAEL LEON BROCK,** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Christopher M. Cook is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: September 29, 2022　　　　　MATTHEW M. GRAVES
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 481052

　　　　　　　　　　　By:　　*/s/ Christopher M. Cook*
　　　　　　　　　　　　　　　CHRISTOPHER M. COOK
　　　　　　　　　　　　　　　Assistant United States Attorney - Detailee
　　　　　　　　　　　　　　　KS Bar Number 23860
　　　　　　　　　　　　　　　United States Attorney's Office for the District of Columbia
　　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　Office: 412-327-3487
　　　　　　　　　　　　　　　Email: Christopher.cook5@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 29th day of September, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Christopher M. Cook*
CHRISTOPHER M. COOK
Assistant United States Attorney