UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00500 |
| ) | |
| **MICHAEL L. BROCK** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## MOTION TO WITHDRAW APPEARANCE

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES William L. Shipley and moves this Honorable Court to allow him to withdraw his appearance as counsel for the following reasons:

1. John M. Pierce is taking over as primary counsel.
2. Mr. Pierce has been co-counsel for the entirety of the case, so no undue delay shall be caused.

WHEREFORE, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter.

Dated: March 13, 2023

Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*