**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 21-cr-0500** |
| v. | : | |
| | : | |
| **MICHAEL LEON BROCK** | : | |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Jack Burkhead, who may be contacted by telephone at (505) 224-1434 or e-mail at jburkhead@usa.doj.gov. This is notice of their appearance in this matter on behalf of the United States.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:    /s/ *Jack Burkhead*
    Jack E. Burkhead
    NM Bar No. 10493
    Assistant United States Attorney
    U.S. Department of Justice
    201 3rd St.; Suite 900
    Albuquerque, NM 87103
    (505) 224-1434