UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-0500-CJN |
| | : | |
| **MICHAEL LEON BROCK,** | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' REQUEST FOR A STATUS CONFERENCE

The United States of America respectfully requests that the Court schedule a status conference in this case to determine the definite trial date. As grounds for this request, the United States submits as follows:

Trial is currently scheduled for October 16, 2023. The United States is prepared to proceed on that date. Defendant Michael Brock is represented in this case by Attorney John Pierce. Attorney Pierce represents several defendants facing charges in this District, including three of whom who are scheduled for trial in mid-October. Attorney Pierce is scheduled to begin another trial on October 16, 2023: *United States v. Montgomery*, Crim. No. 21-46 (RDM). In addition, Attorney Pierce is scheduled to begin a third trial on October 17, 2023: *United States v. Todd*, Crim. No. 22-166 (MAU).

Attorney Pierce is aware of this scheduling conflict. On July 10, 2023, in *Montgomery*, Attorney Pierce filed a pleading styled *Notice Regarding Counsel's Availability for Trial* which, in sum total, stated:

> Below-signed counsel has conferred with other defendants with trials set for mid-October. He will be available for trial in this matter on October 16, 2023.

Crim. No. 21-46 (RDM) (ECF 148). Attorney Pierce filed this Notice without conferring with government counsel in this case or in the *Todd* matter, both of which remain scheduled on conflicting dates in mid-October.

Prompted by the pleading filed in *Montgomery*, on July 28, 2023, the undersigned contacted Attorney Pierce to discuss the mid-October triple booking. Attorney Pierce advised that he anticipated that the *Montgomery* trial will move forward on October 16, 2023, necessitating his need to seek a continuance of trial in this matter set on the same date. To date, Attorney Pierce has not filed a motion to continue. Should the defendant seek a continuance, the United States intends to object, in light of the fact that this case was indicted two years ago and trial has been scheduled for this date for nearly a year. *See* Minute Order, Sept. 26, 2022.

The United States respectfully requests that the Court schedule a status conference to confirm the trial schedule in this matter.

Respectfully Submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
DC Bar No.: 481052

/s/ Jack E. Burkhead
Jack E. Burkhead, *Detailee*
NM Bar No. 10493
Assistant United States Attorney
United States Department of Justice
201 Third. St.
Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov

I hereby certify that on August 7, 2023, this pleading was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ Jack E. Burkhead
Assistant United States Attorney