UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 21-cr-0500-CJN |
| MICHAEL LEON BROCK ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S MOTION TO CONTINUE**

    Comes Now, the Defendant, Michael Leon Brock by and through his counsel of record, John M. Pierce, and respectfully moves the Court to grant an order continuing trial for this case from October 16, 2023, to another date convenient for the Court and the Parties. Counsel respectfully requests a continuance for the trial due to an incredibly compressed and overlapping trial schedule over the next several months (attached as Exhibit A). Most specifically, I have been retained and appeared in the case of *United States v. Montgomery, et al.*, Case No. 21-cr-46-RDM, a felony case with three defendants, all represented by separate sets of attorneys. That case is also scheduled for October 16, 2023.

    I also have another case set for trial on October 17, 2023 in *United States v. Todd III*, Case No. 22-cr-00166-MAU. District Judge Moss in the *Montgomery* case requested that I ensure I am available for the October 16th trial date in that case (presumably because of the number of parties and counsel involved in that case), and I indicated to the Court I would file a motion to continue in both this case and the *Todd III* case, or alternatively make arrangements for other counsel to try this and the *Todd III* case. Also making things more challenging is that my law firm partner, Roger Roots, is still awaiting admission to the Court. Previously, we have filed *pro hac vice* applications for him in other cases, but it has become clear that numerous

1

Judges would prefer we not continue to file further PHV applications for him, but rather await his admission.

The government has indicated it opposes a continuance.

I apologize to the Court for my hectic and compressed trial calendar. I am sincerely doing my absolute best under extremely challenging circumstances to assist as many defendants as possible in the course of these prosecutions of historically unprecedented pace and scale.

To the extent this motion is granted, Defendant moves for and/or consents to an exclusion of time within which a trial must commence under the Speedy Trial Act for the time between October 16, 2023 and a date convenient with the Court and Parties.

WHEREFORE, Defendant Michael Leon Brock, respectfully requests this Court, to grant said relief and continue the trial in the interests of fairness and justice to a date convenient with the Court and the Parties.

Dated: August 10, 2023

Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*

3

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, August 10, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                              /s/ John M. Pierce
                                              John M. Pierce