## **Upcoming Trial Schedule for John Pierce Law P.C.**

| Case Name | Case Number | Defendant(s) Represented | Judge | Date |
|---|---|---|---|---|
| *USA v. Barron* | 1:22-cr-89 | Nancy Barron (Misdemeanors) | Magistrate Judge Zia Faruqui | 8/22/23 |
| *USA v. Zink* | 1:21-cr-605 | Ryan Scott Zink (Felonies and Misdemeanors) | Chief Judge James E. Boasberg | 9/5/23 |
| *USA v. Gray* | 1:21cr495 | Daniel Gray (Felonies and Misdemeanors) | District Judge Amy Berman Jackson | 9/12/23 |
| *USA v. Kastner* | 1:21-cr-725 | Jared Kastner (Misdemeanors) | Magistrate Judge Moxila A. Upadhyaya | 9/14/23 |
| *USA v. Baez* | 1:21-cr-507 | Stephanie Baez (Misdemeanors) | Senior Judge Paul L. Friedman | 9/26/23 |
| *USA v. Gunby* | 1:21-cr-626 | Derek Gunby (Misdemeanors) | Senior Judge Paul L. Friedman | 10/2/23 |

| | | | | |
|---|---|---|---|---|
| *USA v. Montgomery* | 1:21-cr-46 | Patrick Montgomery (Multi-Defendant Felonies and Misdemeanors) | District Judge Randolph D. Moss | 10/16/23 |
| *USA v. Brock* | 1:21-cr-500 | Michael Brock (Felonies and Misdemeanors) | District Judge Carl J. Nichols | 10/16/23 |
| *USA v. Todd III* | 1:22-cr-166 | John George Todd III (Misdemeanors) | Magistrate Judge Moxila A. Upadhyaya | 10/17/23 |
| *State of Montana v. Boyd, et al.* (Madison County) | DC-29-2022-22, 23, 24, 26 | Four Defendants in Montana State Court (Felonies and Misdemeanors) | Montana District Judge Luke Berger | 11/9/23 |
| *USA v. Slaughter, et al.* | 1:22-cr-354 | Richard Slaughter and Caden Gottfried (Multi-Defendant Felonies and Misdemeanors) | Senior Judge Royce C. Lamberth | 12/1/23 |
| *USA v. Dillon* | 1:23-cr-108 | Michael John Dillon (Misdemeanors) | District Judge Tanya S. Chutkan | 1/8/24 |

| *USA v. Rumson* | 1:23-cr-070 | Jesse James Rumson | District Judge Carl J. Nichols | 1/22/24 |
|---|---|---|---|---|
| *USA v. Westbury, et al.* | 1:21-cr-605 | Isaac Westbury, Jonah Westbury, Robert Westbury and Aaron James (Multi-Defendant Felonies and Misdemeanors) | District Judge Rudolph Contreras | 2/12/24 |
| *Estate of Caviness, et al. v. Atlas Air, Inc., et al.* | 1:22-cv-23519 | Dozens of Pilots and Flight Attendants in Vaccine Mandate Civil Litigation | District Judge K. Michael Moore | 3/11/24 |
| *USA v. Lavrenz* | 1:23-cr-00066 | Rebecca Lavrenz (Misdemeanors) | District Judge Rudolph Contreras | 3/25/24 |
| *USA v. Amsini* | 1:23-mj-00132 | Daniel Amsini (Felonies and Misdemeanors) | Magistrate Judge G. Michael Harvey | TBD |
| *USA v. Lee* | 1:21-cr-303 | Deborah Lee (Felony and Misdemeanors) | District Judge Amy Berman Jackson | TBD |

| | | | | |
|---|---|---|---|---|
| *USA v. Rodgers* | 1:23-mj-00144 | Jeremy Rodgers (Felonies and Misdemeanors) | Magistrate Judge Robin M. Meriweather | TBD |
| *USA v. Thomas* | 1:23cr-069 | Isaac Thomas (Felonies and Misdemeanors) | Senior Judge Colleen Kollar-Kotelly | TBD |