UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Plaintiff*

**UNITED STATES OF AMERICA**

v.  Criminal No. 1: 21-cr-500 (CJN)

**MICHAEL LEON BROCK,**

*Defendant.*

### DEFENDANT MICHAEL LEON BROCK'S MOTION IN LIMINE TO PRECLUDE SAFEWAY PROFIT/LOSS DATA

Michael Leon Brock ("Brock"), by and through his undersigned attorney, hereby moves for an order excluding Plaintiffs' introduction of the Safeway Profit/Loss data until a Safeway spokesman testifies. At trial, all evidence must have a proper foundation before it is presented to the jury.

Documents kept in the regular course of business may ordinarily be admitted at trial despite their hearsay status. Fed. Rule Evid. 803(6). The conditions set forth in Rule 803(6) must be "shown by the testimony of the custodian or another qualified witness." *Id.*

Rule 803(6) "requires that the proponent of the document produce the custodian of the record, or another qualified witness, to testify about the identity and mode of preparation of the proffered document, and to testify that it was made in the regular course of business at or near the time of the transaction recorded." *State v. Wall,* 154 N.H. 237, 242 (2006).

The Plaintiff does not need to produce testimony from the actual author of the data, but a spokesperson for Safeway will suffice. "To lay an adequate foundation [under Rule 803(6)], the 'custodian [of the records] need not have personal knowledge of the actual creation of the document." *United States v. Adefehinti,* 510 F.3d 319, 325 (D.C. Cir. 2007) (quoting *United States v. Williams,* 205 F.3d 23, 24 (2d Cir. 2000)).

In the present matter, the government will try to introduce the profit/loss data to allege that Brock along with other January 6th protestors negatively affected commerce. Before doing so, the government will need to authentic the profit/loss data by having a representative from Safeway testify.

**CONCLUSION**

For the foregoing reasons, Defendant respectfully requests that the Court exclude Plaintiffs' introduction of Safeway's Profit/Loss data until a Safeway spokesman testifies.

Date: January 21, 2024                                                                 Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

CERTIFICATE OF SERVICE

    I, John M. Pierce, hereby certify that on this day, January 21, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce

John M. Pierce