# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Complainant  -v-  **MICHEAL LEON BROCK,**  Defendant. | Criminal No.: 1:21-0500 (CJN)  **MOTION TO WITHDRAW** |

Counsel for Defendant Micheal Brock, John M. Pierce, hereby moves to withdraw from this case.

Brock has indicated that he is terminating the representation and retaining new counsel. Thus, this is a mandatory withdrawal motion pursuant to the applicable ethical rules.

In addition, while counsel continues to believe Brock is being wrongfully prosecuted and is completely innocent of these charges, there have been and continue to be issues regarding communication and strategy between counsel and Brock that leads counsel to agree with Brock that a change in counsel is in his best interest.

Counsel also requests that a continuance of at least 60 days be granted to allow Mr. Brock to find and retain new counsel.


Dated: May 14, 2024                    Respectfully Submitted,


                                       /s/ *John M. Pierce*

1

John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I uploaded this document to the Court's electronic filing system, which thereby serves all parties.

/s/ John M. Pierce
John M. Pierce
