UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-500 |
| v. | : | |
| | : | |
| MICHAEL LEON BROCK, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S MOTION FOR ORDER TOLLING SPEEDY TRIAL DEADLINE AND FOR SHOW CAUSE HEARING

The United States of America hereby moves the Court for an Order excluding time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, and for a show cause hearing to determine counsel. As grounds for this request, the United States submits as follows.

1. On February 26, 2024, the Court set this matter for trial on June 17, 2024. Minute Order, Feb. 26, 2024. In that same order, the Court excluded time under the Speedy Trial Act from the date of the Order until June 17, 2024. *Id*.

2. On May 14, 2024, counsel for the defendant filed a motion to continue the June 17, 2024, trial date and requested that he be permitted to withdraw as counsel. ECF No. 76. The Court permitted the withdraw, terminated the trial date until further rescheduling, and ordered that the defendant secure new counsel by June 7, 2024. Minute Order, May 23, 2024.

3. The Minute Order filed by the Court on May 23, 2024, did not include an Order excluding time under the Speedy Trial Act until a new trial date is scheduled. Consequently, the United States respectfully requests that the Court enter an Order excluding such time in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A).

4. Further, no counsel has entered an appearance on behalf of the defendant by the June

7, 2024, deadline imposed by the Court. As such, the United States respectfully requests that this Court schedule a show cause hearing to determine counsel. Should the defendant fail to secure counsel by the date on which the Court convenes any such hearing, the United States will request that one be appointed if he otherwise qualifies.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court enter an Order tolling the Speedy Trial deadline until a new trial date is scheduled. Additionally, the United States requests that the Court schedule a show case hearing to determine counsel.

                                  Respectfully submitted,

                                  MATTHEW M. GRAVES  
                                  United States Attorney  
                                  D.C. Bar No. 481052

By:   /s/   JACK BURKHEAD  
        Assistant United States Attorney  
        NM Bar No. 10493  
        601 D Street, N.W.  
        Washington, D.C. 20579  
        (505) 224-1434  
        jack.e.burkhead@usdoj.gov