## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| V. § § | CASE NO.: 21-cr-500 |
| MICHAEL LEON BROCK § § § | |

## NOTICE OF ATTORNEY APPEARANCE

NOW COMES, Anthony F. Sabatini, and enters appearance as counsel for the Defendant in the above styled cause.

> Respectfully submitted.
>
> /s/ ANTHONY F. SABATINI
> FL Bar No. 1018163
> anthony@sabatinilegal.com
> SABATINI LAW FIRM, P.A.
> 411 N DONNELLY ST, STE #313
> MOUNT DORA, FL 32757
> T: (352)-455-2928
> Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

> /s/ Anthony F. Sabatini