# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-500** |
| v. : | |
| : | |
| **MICHAEL LEON BROCK,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR STATUS CONFERENCE

The United States of America respectfully requests that the Court set this matter for a status conference. As grounds for this request, the United States submits as follows.

On July 30, 2021, the federal grand jury returned a four-count indictment that charged the defendant with offenses related to his violent conduct on January 6. ECF No. The grand jury superseded that indictment on October 29, 2021 (ECF No 21) and again on April 27, 2022. ECF No. 31. The defendant has opted to exercise the trial rights afforded to him by the Sixth Amendment, consequently this Court has scheduled multiple trial dates, all of which have been continued for a variety of reasons. *See*, *e.g.*, ECF No. 39 (scheduling a trial date of October 11, 2023); ECF No. 44 (defense counsel's motion to continue October 11 trial based on compressed and overlapping trial schedule); Minute Order, August 16, 2023 (trial reset to March 4, 2024); Minute Order, February 6, 2024 (trial reset to June 17, 2024); Docs 76 and 77 (defense counsel's motion to withdraw and motion to continue June 17, 2024 trial date); Minute Order, May 23, 2024 (order permitting counsel to withdraw and continuing trial date until further order from the Court).

1

The pre-trial phase of the case has been fully litigated.[1]  Thus, the United States respectfully requests the Court to set a trial date with associated deadlines.  To that end, the United States requests a status conference before the Court to determine a trial date.

The defendant has no opposition to this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/   JACK BURKHEAD
Assistant United States Attorney
NM Bar No. 10493
601 D Street, N.W.
Washington, D.C. 20579
(505) 224-1434
jack.e.burkhead@usdoj.gov

---

[1] The defendant has filed a motion to change venue (ECF No. 48), two motions to dismiss (ECF Nos. 63 and 64), and three motions in limine (ECF Nos. 60-62).  All of those motions generated responsive pleadings in opposition from the United States.  ECF Nos. 51, 65-66, 68-72.  For its part, the United States has filed a motion to exclude a defense expert (ECF No. 54) and two motions in limine (ECF Nos. 55-56), which also generated responses in opposition.  ECF Nos. 57 and 59.  The United States has also filed a Motion to Toll the Speedy Trial Clock, which is currently pending.  ECF No. 78.