## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO.: 21-cr-500 |
| § | |
| MICHAEL LEON BROCK § | |
| § | |

### DEFENDANT'S RESPONSE TO COURT'S MINUTE ORDER
### DATED SEPTEMBER 16, 2024

Defendant MICHAEL LEON BROCK responds the Court's Minute Order dated September 16, 2024, and provides notice of the motions that remain in dispute:

1. The Defendant withdraws the Motions to Change Venue: ECF Nos. 49, 50, 51, 52, and 75.

2. The Defendant does not oppose the Government's Motion to Exclude Testimony of Steven Hill. ECF No. 54. Mr. Hill will not be testifying in this case.

3. The Defendant opposes the Government's Motion in Limine to Preclude Improper Defense Arguments. ECF No. 55, 59, and 65.

4. The Defendant does not oppose the Government's Motion in Limine to Admit Certain Evidence. ECF No. 56, 57, and 66.

5. The Defendant withdraws the Defendant's Motion in Limine to Preclude the Redline Aerial Photo. ECF No. 60 and 70.

6. The Defendant withdraws Defendant's Motion in Limine to Preclude Claims of Injuries Until Medical Records Received. ECF No. 61 and 68.

7. The Defendant withdraws Defendant's Motion in Limine to Preclude Safeway Profit/Loss Data. ECF No. 62 and 72.

1

8.  The Defendant continues the Defendant's Motion to Dismiss. ECF No. 63 and 71.

9.  The Defendant withdraws Defendant's Motion to Dismiss Due to Deliberate Spoilation of Evidence by House Select Committee, and Request for Evidentiary Hearing. ECF No. 64.

10. The Defendant opposes Government's Motion in Limine to Preclude Claim of Self-Defense. ECF No 55.

                                                Respectfully submitted.

                                                /s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928
*Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

                                                */s/ Anthony F. Sabatini*