UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| V. | | CASE NO.: 21-cr-500 |
| MICHAEL LEON BROCK | | |

## MOTION OF COUNSEL TO WITHDRAW

Counsel for defendant Michael Leon Brock, Anthony Sabatini, hereby moves to withdraw from this case. Mr. Brock has terminated representation and has requested that I withdraw from the case, and so under the applicable ethical rules this is a mandatory withdrawal motion.

**DATED:** September 19, 2024.

Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928
*Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on the September 19, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

*/s/ Anthony F. Sabatini*