UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CASE NO.: 21-cr-500 |
| MICHAEL LEON BROCK | § § | |

## MOTION FOR CONTINUANCE OF TRIAL

Defendant, by and through his undersigned Attorney, files this Motion for Continuance of Trial and in support of the same respectfully states:

I.

Defendant requests a continuance of the Trial, currently set for October 1, 2024. Defendant has instructed his counsel to withdraw from the case and seeks additional time to prepare for trial.  This Motion is not solely made for the purpose of delay, but so that justice may be served.

**WHEREFORE,** Defendant prays that this Court enter an Order granting this Motion.

**DATED:** September 19, 2024.

        Respectfully submitted.

        /s/ ANTHONY F. SABATINI
        FL Bar No. 1018163
        anthony@sabatinilegal.com
        SABATINI LAW FIRM, P.A.
        411 N DONNELLY ST, STE #313
        MOUNT DORA, FL 32757
        T: (352)-455-2928
        *Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on the September 19, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

*/s/ Anthony F. Sabatini*